```
                                               FILED
                                               May 6, 2008
         UNITED STATES DISTRICT COURT FOR THE  CLERK, US DISTRICT COURT
                                               EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA        CALIFORNIA
                                               DEPUTY CLERK
```

UNITED STATES OF AMERICA,                )
                                         )    Case No. 2:08MJ00152-DAD-1
       Plaintiff,                )
v.                                       )    ORDER FOR RELEASE OF
                                         )    PERSON IN CUSTODY
LAPHONE VONGKEO,                         )
                                         )
       Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   LAPHONE VONGKEO  , Case No. 2:08MJ00152-DAD-1 , Charge  18USC § 666(a)(1)(A), 1956(a)(1)(B)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of $_____

    ✓    Unsecured Appearance Bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    ✓    (Other)       Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 6, 2008  at  2:00 pm .

                                             By   /s/ Gregory G. Hollows
                                                   Gregory G. Hollows
                                                   United States Magistrate Judge

Copy 5 - Court